FILED
CLERK, U.S. DISTRICT COURT

NOV 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>     vs.             )<br> Corey Fay          )<br>          Defendant. ) | Case No.: 08-CR-1419-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. CA. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1  _Absence of bail resources_
2  _unverified background information_
3  ___
4  and/or
5  B.  (X)  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: ___
10  _Recent criminal conviction_
11  ___
12  ___
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: 11/2/09
18
19  _[signature]_
    CARLA M. WOEHRLE
20  UNITES STATES MAGISTRATE JUDGE